67 A.3d 620

IN THE MATTER OF KENNETH S. THYNE, AN ATTORNEY
AT LAW (ATTORNEY NO. 025951990).

June 27, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–348, concluding that **KENNETH S. THYNE,** of **TOTOWA,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal); *RPC* 8.1(a) (knowingly making a false statement of material fact in connection with a bar admission application or in connection with a disciplinary matter); *RPC* 8.1(b) (failing to disclose a fact necessary to correct a misapprehension known by the person to have arisen in the matter); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation known by the person to have arisen in the matter);

And good cause appearing;

It is ORDERED that **KENNETH S. THYNE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.